**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on December 2, 2010**



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–33854–JKO**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Fraser Simpson
401 E Las Olas Blvd
Ste 130–185
Fort Lauderdale, FL 33301

SSN: xxx–xx–6457

## FINAL DECREE

The trustee, Kenneth A Welt, having filed a final report that the estate has been fully administered, is discharged and the case is closed.